1 | Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
2 | Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
3 | Heather M. Peterson - State Bar No. 261303
hmp@kirtlandpackard.com
4 | KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue
5 | Fourth Floor
El Segundo, California 90245
6 | Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff and all others similarly situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TERI LATTA, on behalf of herself and all others similarly situated, | Case No. EDCV-11-1082 VAP(DTBx) |
| Plaintiff, | Assigned to the Honorable Virginia A. Phillips |
| v. | **STIPULATION WAIVING LOCAL RULE 23-3** |
| ORECK CORPORATION, a Delaware Corporation, and DOES 1-10, inclusive, | **[Submitted with Proposed Order]** |
| Defendants. | Complaint filed: July 11, 2011 |

02271-00001  149280.01

STIP WAIVING LR 23-3

1  WHEREAS, the complaint in this case was filed on July 11, 2011.

2  WHEREAS Defendant filed a Motion to Dismiss and Motion to Stay on
3  August 9, 2011, and the related hearing is set to occur on September 12, 2011.

4  WHEREAS the parties believe that it would be in the best interests of justice
5  and judicial economy for any motions for class certification to be filed and heard
6  subsequent to a decision regarding Defendant's responsive pleading, and after a
7  period of time for discovery by all parties.

8  THE PARTIES THEREFORE AGREE AND STIPULATE THAT:

9  Plaintiffs will be relieved from Local Rule 23-3, and the parties will submit a
10 proposed schedule on the class certification motion prior to the first Status
11 Conference.

12 **IT IS SO STIPULATED.**

13

14 Dated: August 29, 2011            KIRTLAND & PACKARD LLP

15
16                                   By:   /s/ Heather M. Peterson
                                           Michael Louis Kelly
17                                         Behram V. Parekh
                                           Heather M. Peterson

18                                   *Attorneys for Plaintiff and the Class*

19

20 Dated: August 31, 2011            WINSTON & STRAWN LLP

21
22                                   By:   /s/ Gayle Jenkins
                                           Gayle Jenkins
23                                         David Aronoff
                                           Saul Rostamian
24

25                                   *Attorneys for Defendant*

26

27

28