# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TERI LATTA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ORECK CORPORATION, a Delaware Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. EDCV-11-1082 VAP(DTBx)<br><br>Assigned to the Honorable Virginia A. Phillips<br><br>**[PROPOSED] ORDER REGARDING STIPULATION WAIVING LOCAL RULE 23-3**<br><br>Complaint filed: July 11, 2011 |

1  The parties having stipulated to be relieved from Local Rule 23-3 and good
2  cause appearing, it is hereby ORDERED:
3  The parties shall be relieved from Local Rule 23-3.
4  The parties shall submit a proposed schedule on the class certification motion
5  prior to the first Status Conference

8  DATED: August ___, 2011

By: _____
UNITED STATES DISTRICT JUDGE

KIRTLAND & PACKARD LLP
LAW OFFICES