UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

### CIVIL MINUTES - GENERAL

| Case No. | ML 12-2317 CAS (JEMx) [Relates to: CV 11-1082 CAS (JEMx)] | Date | March 20, 2012 |
|---|---|---|---|
| Title | IN RE ORECK CORPORATION HALO VACUUM AND AIR PURIFIERS MARKETING AND SALES PRACTICES LITIGATION [Relates to: TERI LATTA V. ORECK CORP.] | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) ORECK'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (filed 7/11/2011)

### I.   INTRODUCTION

On July 11, 2011, plaintiff Teri Latta ("plaintiff") filed the instant putative class action suit against Oreck Corporation ("Oreck") in connection with the marketing and sale of Oreck's Halo vacuum cleaners. On August, 22, 2011, plaintiff filed a first amended class action complaint ("FAC"). The FAC alleges: (1) violation of the California False Advertising Act, Cal. Bus. & Prof. Code §§ 17500 et seq.; (2) violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 et seq.; and (3) violation of the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 et seq.

On August 8, 2011, Oreck filed a motion to stay the case in order to obtain a ruling from the Judicial Panel on Multidistrict Litigation ("MDL Panel") as to whether this case and five similar cases should be consolidated. On September 9, 2011, Oreck filed the instant motion to dismiss. Plaintiff filed an opposition on on September 26, 2011, and Oreck filed its reply on October 3, 2011. The Court held a hearing on Oreck's motions on October 24, 2011, in which it granted Oreck's motion to stay and directed the parties to seek consolidation from the MDL Panel. The Court also provided the parties with a tentative ruling granting Oreck's motion to dismiss without prejudice. In light of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | ML 12-2317 CAS (JEMx) [Relates to: CV 11-1082 CAS (JEMx)] | Date | March 20, 2012 |
|---|---|---|---|
| Title | IN RE ORECK CORPORATION HALO VACUUM AND AIR PURIFIERS MARKETING AND SALES PRACTICES LITIGATION [Relates to: TERI LATTA V. ORECK CORP.] | | |

Court's decision to stay the case, the Court never issued a final ruling on Oreck's motion to dismiss.

On February 3, 2012, the MDL Panel centralized and transferred six related cases to this Court pursuant to 28 U.S.C. § 1407.[1]  See In re Oreck Corp. Halo Vacuum and Air Purifiers Mktg. and Sales Practices Litig., ML 12-2317 CAS (JEMx).

In light of the MDL Panel's transfer order, the Court hereby DENIES Oreck's motion to dismiss as moot without prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |

---

[1]The six cases include the present action and the five following actions: Roxy Edge, et al. v. Oreck Corporation, et al., CV No. 2:11-8725 (Central District of California); Gina Chenier, et al. v. Oreck Corporation, et al., CV No. 2:11-5321 (Central District of California); Scott Stiepleman v. Oreck Corporation, et al., CV No. 0:11-61861 (Southern District of Florida); Gregory Ruscitti v. Oreck Corporation, CV No. 1:11-3121 (Northern District of Illinois); Edward Paragin v. Oreck Corporation, et al., CV No. 1:11-580 (Southern District of Ohio).